George H. McMichael against Samuel R. Armstrong. No opinion. Judgment and order affirmed, with costs.

---

MERRIGAN, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Thomas D. Merrigan against the New York City Railway Company. B. H. Ames, for appellant. E. L. Sykes, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MICHAEL, Respondent, v. ROBERT et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Julius J. Michael against Alma Robert and another. C. P. Caldwell, for appellants. N. D. Stern, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the authority of O'Neill v Campbell, 118 App. Div. 64, 103 N. Y. Supp. 150. Order filed.

INGRAHAM, J., dissents, on his dissenting opinion in case cited.

---

MILLER, Appellant, v. CITY OF BUFFALO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Mary Miller against the city of Buffalo and another.

PER CURIAM. Judgment and order of Special Term, and judgment of Municipal Court of the city of Buffalo, reversed, and a new trial ordered in said Municipal Court, with costs in all courts to appellant to abide event. New trial to be had on Tuesday, June 9, 1908, at 10 o'clock in the forenoon. Held, that the determination by the Municipal Court was a nonsuit, and not a decision upon the merits, and as such was unauthorized.

---

MILLER v. CROWN PERFUMERY CO. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Harry D. Miller against the Crown Perfumery Company. No opinion. Motion denied, with $10 costs. Order filed.

---

MILLER v. CROWN PERFUMERY CO. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Henry D. Miller against the Crown Perfumery Company. No opinion. Motion denied, with $10 costs. Order filed.

---

MITCHELL, Appellant, v. HURD et al., Respondents. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Donald Mitchell against Ebenezer Hurd and another. H. Smith, for appellant. W. H. Wadhams, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to renewal as stated in order. Order filed.

---

MOLLOY, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Margaret Molloy, as executrix, etc., against the Metropolitan Street Railway Company. No opinion. Motion denied.

---

MOLONEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by John Moloney, as administrator, etc., against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

MOSHER, Respondent, v. CROWELL, Appellant. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Carroll L. Mosher against Foster Crowell, as commissioner. W. B. Crowell, for appellant. B. Rembaugh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MOLUSKY, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Mathilda Molusky, as administratrix, etc., of Herman Molusky, deceased, against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

MULLIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Catherine Mullin against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS and HOOKER, JJ., dissent, on the ground that the verdict is against the weight of evidence.

---

MULLER v. MULLER. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Alice E. Muller against Oscar A. Muller. No opinion. Motion granted, on payment of $10 costs. Order filed.

---

MURPHY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by James F. Murphy against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

MURPHY, Appellant, v. TISCH, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by William M. Murphy against Arnold Tisch, impleaded with others. A. J. Dewey, for appellant. F. W. Buermeyer, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

---

In re MURPHY. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) In the matter of the petition of Margaret I. Murphy to compel the payment of petitioner's claim against the estate of Denis M. Hurley, deceased. No opinion. Order of the